# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| NAKITA NICOLE HUTCHINSON, et al., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. 3:06-CV-1122-B |
| | § | ECF |
| RELIASTAR LIFE INSURANCE | § | |
| COMPANY, et al., | § | |
| | § | |
| Defendants. | § | |

## ORDER ADOPTING THE FINDINGS, CONCLUSIONS, AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Regarding the Motion for Summary Judgment of ReliaStar Life Insurance Company (doc. 32) and the Findings, Conclusions, and Recommendation of the United States Magistrate Judge Regarding the Motion for Summary Judgment of Building Materials Corporation of America (doc. 33), both filed on July 31, 2007, I am of the opinion that the Findings, Conclusions, and Recommendation of the Magistrate Judge are correct and they are accepted as the Findings of the Court. The parties did not file any objections to these Findings, Conclusions, and Recommendations.

SIGNED September 12th, 2007

_____
**JANE J. BOYLE**
**UNITED STATES DISTRICT JUDGE**